UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
D'Angelico Guitars of America LLC,

        Plaintiff,

        v.                         19 Civ. 3483 (DAB)
                                  ORDER

Hidesato Shiino, et. al.,

        Defendants.
----------------------------------X
DEBORAH A. BATTS, United States District Judge.


    Pursuant to Plaintiff's motion in its Letter to the Court dated November 26, 2019, Defendant STP VESTAX, LLP's Answer is STRICKEN from the record.


SO ORDERED.


DATED:    New York, NY
            December 6, 2019

                                 _Deborah a. Batts_
                                    Deborah A. Batts
                        United States District Judge