United States District Court for the Southern District of New York
Civil Action No. 19-CV-3483
Plaintiff: D' ANGELICO GUITARS OF AMERICA L.L.C
Defendant: HIDESATO SHIINO, STP VESTAX L.L.P.

Dec.28, 2019

## PREPARATORY DOCUMENTS

DANIEL PARTICK MOYNIHAN Eaq
United States District
For the Southern District of New York
500 Pearl Street, New York



Question

Since we do not understand the contents of the attached letter, which was sent from Plaintiff to Defendant on December 16th, 2019, we would like to ask the following question:

Since the contents of the letter dated November 26th, 2019 sent from Plaintiff to the Court have not been disclosed to Defendant, Defendant does not understand them, we wish to ask to let us know the letter contents.

Defendant: Hidesato Shiino
Defendant: STP VESTAX L.L.P

Represented by Hidesato Shiino



HIDESATO SHIINO
156-0054 3-30-15 SAKURAGAOKA SETAGAYAKU TOKYO
JAPAN


RECEIVED JAN - 6 2020 PRO SE OFFICE

UNITED STATES DISTRICT CORT FOR THE SOUTHERN DISTRICT OF NEW YORK.

DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE.CLERK OF COURT.

500 PEARL STREET,NEW YORK, ,10007-1312. U.S.A.