IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D'ANGELICO GUITARS OF AMERICA, LLC.,<br>　　　　　　Plaintiff<br><br>v.<br><br><br>HIDESATO SHIINO, SHIN SUZUKI,<br>TAKAAKI MAEDA,<br>STP VESTAX LLP, JANE or JOHN DOES 1-5, and<br>DANGELICOGUITARS-TRAD.COM,<br>　　　　　　Defendants | **NOTICE OF VOLUNTARY DISMISSAL OF PARTIES SHIN SUZUKI, TAKAAKI MAEDA AND JANE OR JOHN DOES 1-5**<br><br>Case No.: 19-CV-3483 |

## NOTICE OF VOLUNTARY DISMISSAL OF PARTIES SHIN SUZUKI, TAKAAKI MAEDA AND JANE OR JOHN DOES 1-5

Because, (i) after diligent search the Japanese Foreign Ministry has not been able to locate and serve Shin Suzuki or Takaaki Maeda and (ii) because Plaintiff after diligent search has not been able to identify Jane or John Does 1-5 without conducting discovery on the Defendants and because no initial conference is allowed prior to their identification, Plaintiff Notices as follows:

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the 2d Circuit's holding in *Thorp v. Scarne*, 599 F.2d 1169 (2d Cir. 1979), the Plaintiff and/or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against only the defendants "Shin Suzuki", "Takaaki Maeda" and "Jane or John Does 1-5".

*approved DAB 1/10/2020*

Date: January 8, 2020

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS  1/10/2020
UNITED STATES DISTRICT JUDGE

/Henry J. Cittone/
Henry J. Cittone
Cittone Demers & Arneri LLP
11 Broadway, Suite 615
New York, NY 10004